JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| NORBERTO RAFAEL LAMEDA RODRIGUEZ<br><br>Petitioner,<br><br>v.<br><br>FERETI SEMAIA et al.,<br><br>Respondents. | Case No. 5:26-cv-03854-DFM<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that:

1. Counts One and Two of the Petition are DISMISSED WITHOUT PREJUDICE for failure to exhaust administrative remedies.
2. Count Three of the Petition is DENIED.

Because the case arises under 28 U.S.C. § 2241 and does not attack a State court detention, no ruling on a certificate of appealability is required. See 28 U.S.C. § 2253(c)(1); Harrison v. Ollison, 519 F.3d 952, 958 (9th Cir. 2008).

Date: July 30, 2026

DOUGLAS F. McCORMICK
United States Magistrate Judge